**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID ALLEN,<br><br>        Plaintiff,<br><br>    v.<br><br>STEPHANIE CLENDENIN, et al.,<br><br>        Defendants. | No. 1:23-cv-00921-JLT-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 9) |

David Allen is a pre-adjudication civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff's complaint alleges that Defendants Stephanie Clendenin and Brandon Price, through their oversight of DSH-Coalinga where Plaintiff is a patient, have violated his federal and California state constitutional rights by allowing certain patients at the hospital to engage in sexual activity while not allowing conjugal visits. (Doc. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The magistrate judge screened the complaint and concluded that Plaintiff failed to state any cognizable claims. (Doc. 6.) The Court provided Plaintiff leave to file an amended complaint or the option of standing on his complaint, subject to the Court issuing findings and recommendations to a district judge consistent with the screening order. (*Id.*) Plaintiff then filed a

notice advising the Court that he wished to stand on his complaint. (Doc. 7).

The assigned magistrate judge entered findings and recommendations, recommending that Plaintiff's case be dismissed with prejudice for failure to state a claim. (Doc. 9.) The Court served the findings and recommendations on Plaintiff and notified him that any objections thereto must be filed within fourteen days. Plaintiff has filed no objections, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations entered on September 25, 2023 (Doc. 9) are **ADOPTED IN FULL**.
2. This action is **DISMISSED** with prejudice for failure to state a claim.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 24, 2023**

UNITED STATES DISTRICT JUDGE

2